UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL DAILEY, *et al.*,

      Plaintiffs,

vs.

PUBLIC DEFENDER COMMISSION
OF MONTGOMERY COUNTY,
OHIO, *et al.*,

      Defendants.

Case No. 3:25-cv-242

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) DENYING WITHOUT PREJUDICE AS MOOT DEFENDANTS' MOTIONS TO DISMISS THE ORIGINAL COMPLAINT (Doc. Nos. 9, 13), THE COUNTY DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS FROM THE ORIGINAL COMPLAINT (Doc. No. 10), AND THE COUNTY DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ITS MOTION TO DISMISS THE ORIGINAL COMPLAINT (Doc. No. 11); AND (2) CONFIRMING DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT (Doc. Nos. 20, 23), THE COUNTY DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' AMENDED CLASS ALLEGATIONS (Doc. No. 21), AND THE COUNTY DEFENDANT'S MOTION TO STAY (Doc. No. 22) REMAIN PENDING**

---

This civil case is before the Court upon two motions to dismiss the original complaint. The first was filed by Defendant Montgomery County, Ohio Board of County Commissioners (the "County Defendant"). Doc. 9. The second was filed by Defendants Public Defender Commission of Montgomery County, Ohio and Montgomery County, Ohio Office of the Public Defender (collectively the "Public Defender Defendants"). Doc. No. 13. Additionally, the County Defendant filed a motion to strike Plaintiffs' class allegations from the original complaint (Doc. No. 10), and a motion to stay all proceedings pending resolution of its motion to dismiss the original complaint (Doc. No. 11).

After Defendants filed their motions, Plaintiffs filed an amended complaint in accordance with Fed. R. Civ. P. 15(a)(1).  *See* Doc. No. 16.  Accordingly, Defendants' motions to dismiss the original complaint (Doc. Nos. 9, 13), the County Defendant's motion to strike Plaintiffs' class allegations from the original complaint (Doc. No. 10), and the County Defendant's motion to stay (Doc. No. 11) are **DENIED WITHOUT PREJUDICE AS MOOT**.

The Court **CONFIRMS** that Defendants' motions to dismiss the amended complaint (Doc. Nos. 20, 23); the County Defendant's motion to strike Plaintiffs'amended class allegations (Doc. No. 21); and the County Defendant's motion to stay (Doc. No. 22) **REMAIN PENDING**.

**IT IS SO ORDERED.**

May 20, 2026                                        s/*Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States District Judge